STEPHEN H. TURNER, SB# 89627
 E-Mail: Stephen.Turner@lewisbrisbois.com
PATRIK JOHANSSON, SB# 231769
 E-Mail: Patrik.Johansson@lewisbrisbois.com
DAVID D. SAMANI, SB# 280179
 E-Mail: David.Samani@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
SKIPSMASHER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BERENICE ARMAS-LOPEZ, individually and on behalf of a class of similarly situated persons, Plaintiff, v. SKIPSMASHER, INC. Defendant. | CASE NO.: 5:14-CV-1885-MWF-MAN **FIRST AMENDED ANSWER TO COMPLAINT** |
|---|---|

  Defendant, SKIPSMASHER, INC. ("Defendant") for itself and for no other defendant answers the Complaint as follows:

  1.  Answering paragraph 1, Defendant denies that it violated the Fair Credit Reporting Act, wilfully or otherwise. As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

  2.  Answering paragraph 2 of the Complaint, Defendant denies that it is a

consumer reporting agency ("CRA") as defined by 15 U.S.C. §1681a(f) and on that basis denies each and every allegation contained in paragraph 2.

3. Answering paragraph 3, Defendant admits the allegations contained therein.

4. Answering paragraph 4, Defendant lacks sufficient information and belief on which to admit or deny the allegations and on that basis denies each and every allegation.

5. Answering paragraph 5, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

6. Answering paragraph 6, Defendant admits the allegations contained therein.

7. Answering paragraph 7, Defendant that it provides reports. Defendant denies that they are consumer reports. The reports speak for themselves and vary. As to the remaining allegations, Defendant denies the allegations contained therein.

8. Answering paragraph 8, Defendant admits that it provides reports for clients. The reports speak for themselves and vary. As to the remaining allegations, Defendant denies the allegations contained therein

9. Answering paragraph 9, Defendant denies it is a CRA as defined by 15 U.S.C. §§1681(a-f). As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

10. Answering paragraph 10, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

11. Answering paragraph 11, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit

Reporting Act because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

12. Answering paragraph 12, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

13. Answering paragraph 13, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

14. Answering paragraph 14, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

15. Answering paragraph 15, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

16. Answering paragraph 16, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

17. Answering paragraph 17, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

18 Answering paragraph 18, Defendant denies it is a CRA and on that basis denies each and every allegation.

19. Answering paragraph 19, Defendant notes that the paragraph does not contain an allegation but rather purports to represent accurately the Fair Credit Reporting Act. Because the paragraph contains no allegation directed to Defendant, Defendant will not respond to the paragraph.

20. Answering paragraph 20, Defendant denies it is a CRA and on that basis denies each and every allegation.

21. Answering paragraph 21, Defendant denies each and every allegation contained therein.

22. Answering paragraph 22, Defendant denies it is a CRA and on that basis denies each and every allegation.

23. Answering paragraph 23, Defendant denies that it sold a "grossly inaccurate report to a third-party collection law firm". As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein.

24. Answering paragraph 24, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

25. Answering paragraph 25, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

26. Answering paragraph 26, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

27. Answering paragraph 27, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

28. Answering paragraph 28, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis

1 denies each and every allegation.

2     29. Answering paragraph 29, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

5     30. Answering paragraph 30, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

8     31. Answering paragraph 31, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

11     32. Answering paragraph 32, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

14     33. Answering paragraph 33, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

17     34. Answering paragraph 34, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

20     35. Answering paragraph 35, Defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

23     36. Answering paragraph 36, Defendant admits it provided a report to Dennis P. Block & Associates. Answering the remaining allegations contained therein, defendant denies each and every allegation.

26     37. Answering paragraph 37, Defendant denies that it is a credit reporting agency and on that basis denies each and every allegation contained therein.

28     38. Answering paragraph 38, Defendant lacks sufficient information and belief

on which to either admit or deny the allegation contained therein and on that basis denies each and every allegation.

39. Answering paragraph 39, Defendant denies that it is a credit reporting agency and on that basis denies each and every allegation in the paragraph.

40. Answering paragraph 40, Defendant denies each and every allegation contained therein.

41. Answering paragraph 41, and each sub-part paragraph contained therein, defendant lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies each and every allegation.

42. Answering paragraph 42, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

43. Answering paragraph 43, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

44. Answering paragraph 44, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

45. Answering paragraph 45, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis denies each and every allegation.

46. Answering paragraph 46, Defendant denies each and every allegation contained therein.

47. Answering paragraph 47, Defendant denies each and every allegation contained therein.

48. Answering paragraph 48, Defendant incorporates paragraphs 1 through 47 of this Answer as if set forth at length.

49. Answering paragraph 49, Defendant denies each and every allegation

contained therein.

50. Answering paragraph 50, Defendant denies each and every allegation contained therein.

51. Answering paragraph 51, Defendant denies each and every allegation contained therein.

52. Answering paragraph 52, Defendant denies each and every allegation contained therein.

53. Answering paragraph 53 of the Complaint, Defendant incorporates paragraph 1 through 52 of this Answer as if set forth at length.

54. Answering paragraph 54, Defendant denies each and every allegation contained therein.

55. Answering paragraph 55, Defendant lacks sufficient information and belief on which to admit or deny the allegations and on that basis denies each and every allegation.

56. Answering paragraph 56, Defendant denies each and every allegation contained therein.

57. Answering paragraph 57, Defendant denies each and every allegation contained therein.

58. Answering paragraph 58 of the Complaint, Defendant incorporates paragraph 1 through 57 of this Answer as if set forth at length.

59. Answering paragraph 59, Defendant denies each and every allegation contained therein.

60. Answering paragraph 60, Defendant incorporates paragraphs 1 through 59 of this Answer as if set forth at length.

61. Answering paragraph 61, Defendant denies each and every allegation contained therein.

62. Answering paragraph 62, Defendant incorporates paragraph 1 through 61 of this Answer as if set forth at length.

63. Answering paragraph 63, Defendant denies each and every allegation contained therein.

**Prayers for Relief**

Defendant denies that Plaintiff is entitled to the requested relief or any other relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. As a separate, affirmative defense, defendant alleges that at all times mentioned in the Complaint, defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of Defendant was justified under the circumstances based on information reasonably available.

### THIRD AFFIRMATIVE DEFENSE

3. Defendant did not violate the Fair Credit Reporting Act ("FCRA") as it did not furnish, provide, or disseminate consumer credit reports.

### FOURTH AFFIRMATIVE DEFENSE

4. Defendant is not a consumer reporting agency as defined by the FCRA.

### FIFTH AFFIRMATIVE DEFENSE

5. As a separate, affirmative defense, Defendant alleges that its alleged actions were not accompanied by actual malice, intent or ill will.

///
///
///

## SIXTH AFFIRMATIVE DEFENSE

6. As a separate, affirmative defense, Defendant alleges that it is entitled to the protections of 47 U.S.C. 230(c), also known as the Communications Decency Act ("CDA").

## SEVENTH AFFIRMATIVE DEFENSE

7. As a separate, affirmative defense Defendant alleges that it reserves the right to allege and assert any additional and/or further affirmative defenses as become apparent to defendant during the course of this litigation.

**WHEREFORE**, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, for its attorney's fees and costs incurred herein and for such further relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Defendant hereby demands a jury trial.

DATED: April 23, 2015         LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/Stephen H. Turner
Stephen H. Turner
Attorneys for Defendant SKIPSMASHER, INC.