Stephanie R. Tatar (237792)
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
*Stephanie@TheTatarLawFirm.com*

James A. Francis
David A. Searles
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Tel. (215) 735-8600
*jfrancis@consumerlawfirm.com*
*dsearles@consumerlawfirm.com*

Attorneys for Plaintiff,
**BERENICE ARMAS-LOPEZ, individually
and on behalf of a class of similarly
situated persons**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE ARMAS-LOPEZ, individually and on behalf of a class similarly situated persons,<br><br>Plaintiff(s)<br><br>v.<br><br>SKIPSMASHER, INC.<br><br>Defendant | No: 5:14-CV-01885-MWF (KLSx)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(d)** |

Plaintiff Berenice Armas-Lopez, by counsel, hereby responds to and opposes Defendant Skipsmasher, Inc.'s Motion for Summary Judgment (Doc. 40). Plaintiff opposes the Motion on the grounds that Defendant has actively prevented Plaintiff from discovery of facts essential to justify her opposition. Fed. R. Civ. P. 56(d). [1] Further, without having been provided with substantive responses to Plaintiff's discovery requests, and having been prevented from obtaining answers to questions during the deposition of Defendant's Rule 30(b)(6) witness due to the objections and instructions of defense counsel, Plaintiff is unable to response to Defendant's Statement of Facts.

As set forth in Plaintiff's *Ex Parte* Application For Extension Of Deadline To Respond To Motion For Summary Judgment (Doc. 41), incorporated by reference as if fully set forth herein, and in the accompanying Declaration of James A. Francis in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment Pursuant to Rule 56(d), Defendant has moved for summary judgment while at the same time refusing to respond to written discovery and deposition questioning on issues that go to the heart of Plaintiff's claims and are central to Defendant's Motion. Plaintiff's Application, filed on September 4, 2015, seeks an extension of time to file her opposition to the Motion until after the dispute between the parties has been resolved. That dispute will be presented

---

[1] Where a summary judgment motion is filed early in the litigation, before a party has had any realistic opportunity to compel production of discovery relating to its theory of the case, a court should grant a Rule 56(d) motion fairly freely. *See Metabolife Int'l, Inc. v. Wornick,* 264 F.3d 832, 846 (9th Cir. 2001) ("Although Rule 56(f) facially gives judges the discretion to disallow discovery when the non-moving party cannot yet submit evidence supporting its opposition, the Supreme Court has restated the rule as requiring, rather than merely permitting, discovery 'where the non-moving party has not had the opportunity to discover information that is essential to its opposition.' ") (citing *Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 250 n. 5 (1986)).

1  to the Court with the filing of a joint statement by the parties on September 11,
2  2015.
3        Pursuant to Fed. R. Civ. P. 56(d), the Motion should be denied without
4  prejudice to renewal following the resolution of the parties' discovery disputes
5  and the close of discovery.  Alternatively, should the Court deny Plaintiff's *Ex*
6  *Parte* Application and rule that further discovery is prohibited, Plaintiff seeks a
7  fixed date by which she can respond to the Motion.
8        WHEREFORE, Plaintiff Berenice Armas-Lopez respectfully requests that
9  Defendant's Motion for Summary Judgment be denied without prejudice to
10 renewal after the resolution of the outstanding discovery disputes and the close of
11 discovery.  In the alternative, Plaintiff respectfully requests a fixed date in which
12 to file her opposition to the Motion without further discovery.

14 Dated: September 8, 2015

15                       Respectfully Submitted,

17                       _____
                      Stephanie R. Tatar
18                       Tatar Law Firm, APC
19                       3500 West Olive Ave., Ste 300
                      Burbank, CA 91505
20                       (323) 744-1146 Telephone
21                       (888) 778-5695 Facsimile

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27