JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BERENICE ARMAS-LOPEZ, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>SKIPSMASHER, INC.,<br><br>Defendant. | CASE NO. 5:14-CV-1885-MWF-MAN<br><br>[Hon. Michael W. Fitzgerald]<br><br>**ORDER**<br><br>Trial Date: December 15, 2015 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: December 7, 2015

_____
Honorable Michael W. Fitzgerald